BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00320-MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| ADAN LOPEZ CRESPO, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Adan Lopez Crespo, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Adan Lopez Crespo's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  One Ruger rifle, model 10/22, .22 caliber.

2.  The above-listed property was used to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).

///

1      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the U.S.
4 Marshals Service in its secure custody and control.
5      4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the
6 United States shall publish notice of the order of forfeiture.
7 Notice of this Order and notice of the Attorney General's (or a
8 designee's) intent to dispose of the property in such manner as the
9 Attorney General may direct shall be posted for at least 30
10 consecutive days on the official internet government forfeiture site
11 www.forfeiture.gov.  The United States may also, to the extent
12 practicable, provide direct written notice to any person known to
13 have alleged an interest in the property that is the subject of the
14 order of forfeiture as a substitute for published notice as to those
15 persons so notified.
16           b.   This notice shall state that any person, other than
17 the defendant, asserting a legal interest in the above-listed
18 property, must file a petition with the Court within sixty (60) days
19 from the first day of publication of the Notice of Forfeiture posted
20 on the official government forfeiture site, or within thirty (30)
21 days from receipt of direct written notice, whichever is earlier.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: October 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE