UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　　v.<br><br>ADAN LOPEZ CRESPO,<br><br>　　　　　Movant. | No. 2:10-cr-0320-MCE-KJN-P<br><br><br>ORDER |

Movant, a federal prisoner proceeding without counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly:

1. The findings and recommendations filed July 31, 2014, ECF No. 92, are adopted in full;
2. Respondent's motion to dismiss, ECF No. 89, is granted;
3. Movant's 28 U.S.C. § 2255 motion, ECF No. 76, is denied.
4. The Court declines to issue a certificate of appealability as referenced in 28 U.S.C. § 2253; and
5. The Clerk of the Court shall close the companion civil case No. 2:13-cv-02553-MCE-KJN-P.

IT IS SO ORDERED.

Dated:  September 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT