1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   ADAN LOPEZ CRESPO
7

8

                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              No.  Cr. S 10-320 MCE

12              Plaintiff,                **STIPULATED MOTION AND ORDER TO
                                          REDUCE SENTENCE PURSUANT TO 18
13       v.                               U.S.C. § 3582(c)(2)**

14 ADAN LOPEZ CRESPO,                     RETROACTIVE DRUGS-MINUS-TWO
                                          REDUCTION CASE
15              Defendant.
                                          Judge:  Honorable MORRISON C. ENGLAND, JR.
16

17       Defendant, ADAN LOPEZ CRESPO, by and through his attorney, Assistant Federal

18 Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through

19 its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20       1.       Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24       2.       On October 27, 2011, this Court sentenced Mr. Crespo to a term of 102 months

25 imprisonment;

26       3.       Mr. Crespo's total offense level was 25, his criminal history category was I, and

27 the resulting guideline range was 57 to 71 months.   By operation of USSG § 5G1.1(b), the

28

1  statutory mandatory minimum of 120 months became the guideline range.  He received a

2  reduction from that range on the government's motion;

3      4.      The sentencing range applicable to Mr. Crespo was subsequently lowered by the

4  United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

5  see 79 Fed. Reg. 44,973;

6      5.      Mr. Crespo's total offense level has been reduced from 25 to 23, and his amended

7  guideline range is 46 to 57 months.  A reduction comparable to the one he received initially

8  produces a term of 39 months.  *See* USSG § 1B1.10(b), comment. (n.4(B) (2014));

9      6.      Accordingly, the parties request the Court enter the order lodged herewith

10 reducing Mr. Crespo's term of imprisonment to 39 months.

11 Respectfully submitted,

12 Dated:  July 9, 2015                          Dated:  July 9, 2015

13 BENJAMIN B. WAGNER                            HEATHER E. WILLIAMS
   United States Attorney                        Federal Defender
14

15  /s/ *Jason Hitt*                              /s/ *Hannah R. Labaree*
16 JASON HITT                                    HANNAH R. LABAREE
   Assistant U.S. Attorney                       Assistant Federal Defender
17
   Attorney for Plaintiff                        Attorney for Defendant
18 UNITED STATES OF AMERICA                      ADAN LOPEZ CRESPO

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          This matter came before the Court on the stipulated motion of the defendant for reduction

3    of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4          The parties agree, and the Court finds, that Mr. Crespo is entitled to the benefit

5    Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended

6    guideline range of 46 to 57 months.  A reduction comparable to the one he received initially

7    produces a term of 39 months.

8          IT IS HEREBY ORDERED that the term of imprisonment imposed in October, 2011 is

9    reduced to a term of 39 months.

10          IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

11   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

12   reduction in sentence, and shall serve certified copies of the amended judgment on the United

13   States Bureau of Prisons and the United States Probation Office.

14          Unless otherwise ordered, Mr. Crespo shall report to the United States Probation Office

15   within seventy-two hours after his release.

16          IT IS SO ORDERED.

17   Dated:  July 17, 2015

18

19                                              _____
                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
20                                               UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28